UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
2010 MAR 18 AM 11:34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>CARLOS FRANCISCO MIRANDA-ZARATE,<br><br>     Defendant. | CASE NO. 10CR0521-JM<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in case 10CR0827-JM against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

_____  the Court has dismissed the case for unnecessary delay; or

_____  the Court has granted the motion of the Government for dismissal; or

_____  the Court has granted the motion of the defendant for a judgment of acquittal; or

_____  a jury has been waived, and the Court has found the defendant not guilty; or

_____  the jury has returned its verdict, finding the defendant not guilty;

_____  of the offense(s) of:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged as to this case only.

DATED: MARCH 16, 2010

_____
BARBARA L. MAJOR
UNITED STATES DISTRICT JUDGE

ENTERED ON _____